# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| Justin Berberich, | Case No. 22-2426-EFM |
| Plaintiff, | |
| v. | **PLAINTIFF'S EXHIBIT LIST** |
| Kansas City Southern Railway Co., | |
| Defendant. | |

| No. | Exhibit | ID | OFF | ADM | WITNESS |
|---|---|---|---|---|---|
| 1 | Internal Hearing Transcript and Exhibits, KCSR-BERBERICH 000013-62 | | | | |
| 2 | Notice of Discipline, KCSR-BERBERICH 000080 | | | | |

Dated: June 10, 2024

Respectfully submitted,

**PLAINTIFF'S COUNSEL**

/s/ Steven L. Groves
Steven L. Groves #22874
GROVES POWERS, LLC
One U.S. Bank Plaza
505 N. 7th Street, Suite 2010
Saint Louis, MO 63101
Phone: (314) 696-2300
sgroves@grovespowers.com

Nicholas D. Thompson (MN 0389609)
CASEY JONES LAW FIRM
323 N. Washington Ave., Suite 200
Minneapolis, MN 55401
Phone: (612) 293-5249
nthompson@caseyjones.law

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 10, 2024, the foregoing was filed electronically with the Court via CM/ECF system and thereby effected service on all registered counsel of record.

June 10, 2024

            /s/ Steven L. Groves
            Steven L. Groves