# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| Justin Berberich,<br><br>          Plaintiff,<br><br>v.<br><br>Kansas City Southern Railway Co.,<br><br>          Defendant. | Case No. 22-2426-EFM<br><br>**PLAINTIFF'S WITNESS DISCLOSURE** |

Pursuant to Fed. R. Civ. P. 26(a)(3) and Local Rule 16.2(b), Plaintiff Justin Berberich ("Berberich") submits the following list of trial witnesses:

1. Justin Berberich c/o CASEY JONES LAW FIRM
   Mr. Berberich is the plaintiff. He has information regarding his termination and damages.

2. Darren Cooper c/o SCHARNHORST AST KENNARD GRIFFIN, P.C.
   Mr. Cooper is the President of Berberich's union and employee of Kansas City Southern Railway Co. He has information regarding Kansas City Southern's policies, procedures, and practices regarding employees engaging in FRSA-protected activity and/or employee discipline and Berberich's FRSA-protected activity and/or termination.

Berberich also reserves the right to present impeachment and rebuttal witnesses, to call and examine witnesses listed on Kansas City Southern Railway Co.'s witness list, and to present unlisted witnesses who are made necessary by developments after these disclosures and continuing throughout trial that Berberich could not have reasonably anticipated.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **PLAINTIFF'S COUNSEL** |
| Dated:  June 10, 2024 |  |
|  | /s/ Steven L. Groves |

Steven L. Groves #22874
GROVES POWERS, LLC
One U.S. Bank Plaza
505 N. 7th Street, Suite 2010
Saint Louis, MO 63101
Phone: (314) 696-2300
sgroves@grovespowers.com

Nicholas D. Thompson (MN 0389609)
CASEY JONES LAW FIRM
323 N. Washington Ave., Suite 200
Minneapolis, MN 55401
Phone: (612) 293-5249
nthompson@caseyjones.law

## CERTIFICATE OF SERVICE

  I hereby certify that on June 10, 2024, the foregoing was filed electronically with the Court via CM/ECF system and thereby effected service on all registered counsel of record.

June 10, 2024

            /s/ Steven L. Groves
            Steven L. Groves