# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JUSTIN BERBERICH., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 2:22-cv-02426-EFM-TJJ |
| | ) |
| THE KANSAS CITY SOUTHERN | ) |
| RAILWAY COMPANY, | ) |
| | ) |
|     Defendants. | ) |

## KCS' TRIAL WITNESS LIST

Defendant The Kansas City Southern Railway Company ("KCS"), pursuant to the Court's April 24, 2024 Trial Order [Dkt. No. 59], hereby submits designations of its anticipated trial witnesses. KCS provides the following list of witnesses and expected testimony before the Court's issuance of any pretrial rulings and therefore reserves the right, in the Court's discretion, to amend its designations.

## WITNESSES

### 1. John Neel

Address: 427 W. 12th Street, Kansas City, MO 64105

Mr. Neel is employed as a Crew Utilization Manager at KCS. He is expected to testify concerning his background; his role at KCS; the disciplinary procedures employed by KCS and the implementation of such procedures that he participates in and/or oversees; how excessive layoffs and absenteeism are evaluated by KCS, including the patterns and practices KCS may identify as constituting violations of its policies, the processes by which such patterns and practices are identified, the processes by which excessive layoffs and absenteeism are reported and subsequently evaluated for disciplinary consequences, and the harm suffered by KCS as a result of excessive layoffs and absenteeism; the investigation into Mr. Berberich's absenteeism beginning in or around February 2022, including all topics referenced or discussed in his testimony as a witness in the course of that investigation; whether the investigation conducted of plaintiff was related in any way to any protected activity alleged by plaintiff; and the disciplinary action taken against Mr. Berberich as a result of his excessive absenteeism.

**2.    Ron Phillips**

Address: 201 Industrial Park Road, Pearl, MS 39208

Mr. Phillips is employed as the General Manager Speedway Southeast Division at KCS. He is expected to testify concerning his background; his role at KCS, including his formal role as General Manager North Division for KCS; the disciplinary procedures employed by KCS and the implementation of such procedures that he participates in and/or oversees; how excessive layoffs and absenteeism are evaluated by KCS, including the patterns and practices KCS may identify as constituting violations of its policies, the processes by which such patterns and practices are identified, the processes by which excessive layoffs and absenteeism are reported and subsequently evaluated for disciplinary consequences, and the harm suffered by KCS as a result of excessive layoffs and absenteeism; the investigation into Mr. Berberich's absenteeism beginning in or around February 2022; the process and procedures he utilizes to make disciplinary decisions in general, and for plaintiff Berberich in particular; the disciplinary action taken against Mr. Berberich as a result of his excessive absenteeism; whether the disciplinary action taken has had any adverse effect upon plaintiff; whether the disciplinary action taken was made in retaliation or in relation to any protected activity alleged by plaintiff; all other matters referenced or stated in his Declaration in Support of KCS' Motion for Summary Judgment [Dkt. No. 42-5]; and all other matters referenced or discussed in his deposition.

3.    All witnesses identified or called to testify at trial by plaintiff

4.    All witnesses necessary for impeachment or rebuttal

5.    Any witness necessary to authenticate documents

Dated this 10th day of June, 2024.

STINSON LLP

By: /s/ *Douglas R. Dalgleish*
Douglas R. Dalgleish (D. Kan. # 22328)
Courtney J. Harrison (D. Kan. # 27553)
Anna Turner (D. Kan. # 73980)
**STINSON LLP**
1201 Walnut Street, Suite 2900
Kansas City, MO 64105
Telephone: (816) 842-8600
Doug.Dalgleish@stinson.com
Courtney.Harrison@stinson.com
Anna.Turner@stinson.com

***Attorneys for Defendant The Kansas City Southern Railway Company***

## CERTIFICATE OF SERVICE

I certify that on the 10th day of June, 2024, the foregoing was filed via the Court's CM/ECF system which sent notice of same to all counsel of record.

/s/ *Douglas R. Dalgleish*
Douglas R. Dalgleish
*Attorney for Defendant*

CORE/2003982.0151/189857876.2