# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JUSTIN BERBERICH., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:22-cv-02426-EFM-TJJ |
| | ) |
| THE KANSAS CITY SOUTHERN RAILWAY COMPANY, | ) ) |
| | ) |
| Defendants. | ) |

## KCS' TRIAL EXHIBIT LIST

Defendant The Kansas City Southern Railway Company ("KCS"), pursuant to the Court's April 24, 2024 Trial Order [Dkt. No. 59], hereby submits its preliminary trial exhibit list. KCS provides the following preliminary list of trial exhibits before the Court's issuance of any pretrial rulings and therefore reserves the right, in the Court's discretion, to amend its list.

## EXHIBIT LIST

| No. | Exhibit | ID | OFF | ADM | WITNESS |
|---|---|---|---|---|---|
| 401 | Berberich Investigation Interview Transcript (6/16/2022) (KCSR-BERBERICH 000013 – 000042) | | | | |
| 402 | Investigation Sign-in Sheet (6/16/2022) (KCSR-BERBERICH 000043) | | | | |
| 403 | Article 48 of the Collective Bargaining Agreement (KCSR-BERBERICH 000044 – 000046) | | | | |
| 404 | Designation Notice (FMLA) for Justin Berberich (7/29/2021) (KCSR-BERBERICH 000047) | | | | |
| 405 | Letter from Casey Jones Law Firm (6/15/2022) (KCSR-BERBERICH 000048 – 000049) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 406 | Email string from Jason Edge to Holli Ross re: investigation postponements (KCSR-BERBERICH 000050 – 000051) | | | | |
| 407 | Crew Consist Agreement with United Transportation Union (KCSR-BERBERICH 000053 – 000054) | | | | |
| 408 | Caption of Investigation Letter (5/20/2022) (KCSR-BERBERICH 000055) | | | | |
| 409 | GCOR (Eighth Edition, 4/1/2020) (KCSR-BERBERICH 000056) | | | | |
| 410 | System Circular No. 001 (4/18/2022) (KCSR-BERBERICH 000057- 000060) | | | | |
| 411 | Employee Work History for Berberich (2/15/2022 – 5/16/2022) (KCSR-BERBERICH 000061) | | | | |
| 412 | Berberich Days Marked Off (2/18/2022 – 5/12/2022) (KCSR-BERBERICH 000062) | | | | |
| 413 | Updated Discipline Guide (4/17/2022) (KCSR-BERBERICH 000063 – 000073) | | | | |
| 414 | Berberich Discipline History (KCSR-BERBERICH 000074 – 000079) | | | | |
| 415 | Berberich Complaint to OSHA (09/08/2022) | | | | |
| 416 | KCSR Charge Response (11/1/2022) | | | | |
| 417 | OSHA Closing Letter (4/11/2023) | | | | |
| 418 | Deposition Transcript of Berberich (8/19/2021) | | | | |
| 419 | Transcript of May 2, 2022 – May 3, 2022 Hearing Before Administrative Law Judge Steven M. Bell | | | | |
| 420 | Decision and Order of the Administrative Law Judge (9/6/2022) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 421 | Arrest Record re: Incident in Joplin, MO (5/30/2014) | | | | |
| 422 | Berberich Current Work History | | | | |
| 423 | Berberich 2019 W-2 (Redacted) | | | | |
| 424 | Berberich 2020 W-2 (Redacted) | | | | |
| 425 | Berberich 2021 W-2 (Redacted) | | | | |
| 426 | Berberich 2022 W-2 (Redacted) | | | | |
| 427 | Berberich 2023 W-2 (Redacted) | | | | |
| 428 | Berberich May 2024 Paystub (Redacted) | | | | |
| 429 | Spreadsheet of Berberich Earnings History | | | | |
| 430 | Berberich Absentee Days Analysis | | | | |
| 431 | Exhibit 17 to 8/19/2021 Berberich Deposition (KCS Letter to Berberich dated 7/22/2010) | | | | |
| 432 | Notice of Discipline (6/23/2022) (KCSR-BERBERICH 000080) | | | | |
| 433 | Berberich Earnings History (2017-2022) (KSCR-BERBERICH 000001) | | | | |
| 434 | Exhibit 15 to 8/19/2021 Berberich Deposition (KCS Letter to Berberich dated 8/6/2008) | | | | |
| 435 | Exhibit 18 to 8/19/2021 Berberich Deposition (Waiver of Investigation 9/27/2011) | | | | |
| 436 | Exhibit 19 to 8/19/2021 Berberich Deposition (Waiver of Investigation 04/19/2013) | | | | |
| 437 | Exhibit 22 to 8/19/2021 Berberich Deposition (KCS Letter to Berberich dated 7/21/2015) | | | | |

|  | Demonstrative exhibits to be created |  |  |  |  |
|--|--|--|--|--|--|
|  | All documents and exhibits listed or utilized by Plaintiff during trial |  |  |  |  |
|  | Any documents used for the purposes of impeachment |  |  |  |  |

Dated this 10th day of June, 2024.	STINSON LLP

By: /s/ *Douglas R. Dalgleish*
Douglas R. Dalgleish (D. Kan. # 22328)
Courtney J. Harrison (D. Kan. # 27553)
Anna Turner (D. Kan. # 73980)
**STINSON LLP**
1201 Walnut Street, Suite 2900
Kansas City, MO 64105
Telephone: (816) 842-8600
Doug.Dalgleish@stinson.com
Courtney.Harrison@stinson.com
Anna.Turner@stinson.com

*Attorneys for Defendant The Kansas City Southern Railway Company*

## CERTIFICATE OF SERVICE

I certify that on the 10th day of June, 2024, the foregoing was filed via the Court's CM/ECF system which sent notice of same to all counsel of record.

/s/ *Douglas R. Dalgleish*
Douglas R. Dalgleish
*Attorney for Defendant*