**Berberich v. Kansas City Southern Railway Company**

**Case No. 2:22-cv-02426-EFM**

**Plaintiff's Witness List**

| Date | Witness |
|---|---|
| 7/1/24 | Ron Phillips |
| 7/2/24 | Darren Connor |
| 7/2/24 | Justin Berberich |
| | |
| | |
| | |
| | |
| | |