**Berberich v. Kansas City Southern Railway Company**

**Case No. 2:22-cv-02426-EFM**

**Defendant's Witness List**

| Date | Witness |
|---|---|
| 7/2/24 | John Neel |
| | |
| | |
| | |
| | |
| | |
| | |
| | |