**EXHIBITS FOR <u>BERBERICH v. KANSAS CITY SOUTHERN RAILWAY COMPANY</u>**

Case No.  2:22-cv-02426-EFM

| No. | Exhibit | ID | OFF | ADM | WITNESS |
|---|---|---|---|---|---|
|  | Pl.'s Ex. 1 | Yes | Yes | Yes | Phillips |
|  | Pl.'s Ex. 2 | Yes | Yes | Yes | Phillips |
|  | Pl.'s Ex. 3 | Yes | Yes | Yes | Phillips |
|  | Pl.'s Ex. 4 | Yes | Yes | Yes | Neal |
|  | Pl.'s Ex. 5 | Yes | Yes | Yes | Neal |
|  | Def.'s 405 | Yes | Yes | Yes | Phillips |
|  | Def.'s 409 | Yes | Yes | Yes | Phillips |
|  | Def.'s 410 | Yes | Yes | Yes | Phillips |
|  | Def.'s 411 | Yes | Yes | Yes | Neel |
|  | Def.'s 412A | Yes | Yes | Yes | Neel |
|  | Def.'s 432 | Yes | Yes | Yes | Phillips |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |