FILED
U.S. District Court
District of Kansas

JUL 02 2024

Clerk, U.S. District Court
By_____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JUSTIN BERBERICH,

    Plaintiff,

v.

THE KANSAS CITY SOUTHERN
RAILWAY COMPANY,

    Defendant.

Case No. 2:22-cv-02426-EFM

## VERDICT FORM

1. Did Plaintiff Justin Berberich prove the elements of Count I—as identified in Instruction No. 4—by a preponderance of the evidence:

_____ Yes      ✓ No

If you answered "yes," continue to the next question. If you answered "no," answer Question 6 and return this form to the bailiff.

2. Did Defendant Kansas City Southern prove by clear and convincing evidence that it would have assessed the same points against Plaintiff even had he not engaged in protected activity:

_____ Yes      _____ No

If you answered "no," continue to the next question. If you answered "yes," answer Question 6 and return this form to the bailiff.

3. What amount of money if any do you award for compensatory damages?

    $_____

4. Did Plaintiff Justin Berberich prove by a preponderance of the evidence that Defendant acted with reckless or callous disregard of the Plaintiff's right to be free from retaliation for engaging in a protected activity?

    _____                _____
    Yes                       No

If you answered "yes," continue to the next question. If you answered "no," answer Question 6 and return this form to the bailiff.

5. What amount of money do you award for punitive damages?

    $_____

6. Were all your answers unanimous?

    ____✓____                 _____
    Yes                       No

7-2-24                        ████████████████
Date                          Foreperson

2